## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Nathaniel Sims
                          Plaintiff,

v.                                          Case No.: 1:18−cv−04640
                                            Honorable M. David Weisman

Martin Cahillane, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 29, 2019:

MINUTE entry before the Honorable M. David Weisman: Status hearing held. Parties reported on the status of discovery. Plaintiff shall be deposed by 6/28/19. Defendants did not issue written discovery by the 4/19/19 deadline. (See Dkt. [31].) Parties are interested in a settlement conference and will consider whether this Court may conduct the settlement conference, with the understanding that the Court would be responsible for substantively resolving the matter if a settlement is not reached. Status hearing set for 7/9/19 at 10:00 a.m. Defense counsel shall make arrangements for Plaintiff to be available by telephone and must provide contact information at least three days prior to the hearing to the Courtroom Deputy, Alyssia Owens, at Alyssia_Owens@ilnd.uscourts.gov. Mailed notice (ao,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.